# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1128−1 | User: admin | Date Created: 8/26/2024 |
| Case: 23−01007 | Form ID: pdf1 | Total: 6 |

**Recipients of Notice of Electronic Filing:**
aty     Brent T. Day     brent@solonlaw.net
aty     James D. Patterson     jdp@jamespattersonlaw.com
aty     Keith A. Jones     keith.jones2@usdoj.gov

    TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla     Gerald Rawshaun Kelly, Sr.     10766 Richard Drive     Saraland, AL 36571
pla     Kimberly Gail Kelly     10766 Richard Drive     Saraland, AL 36571
dft     U.S. Department of Education     400 Maryland Avenue SW     Washington, DC 20202

    TOTAL: 3